**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 129 MAL 2023

         Petitioner                 :

                                        :    Petition for Allowance of Appeal

                                        :    from the Order of the Superior Court

         v.                      :

                                        :

BRENDAN PATRICK YOUNG,         :

                                        :

         Respondent              :

<u>**ORDER**</u>

**PER CURIAM**

      **AND NOW**, this 7th day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.